UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ADVANCED TECHNOLOGY CORPORATION, INC., ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:11-CV-583 (Phillips) |
| AMERICAN SOCIETY OF ) MECHANICAL ENGINEERS and ) BATTELLE MEMORIAL INSTITUTE, ) ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss the complaint by defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that this action is **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff their costs of action.

Dated at Knoxville, Tennessee, this  15th  day of March, 2013.

**IT IS SO ORDERED.**

ENTER:

      s/ Thomas W. Phillips      
United States District Judge